THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

YASMINE MAHONE, on behalf of herself and
all others similarly situated,

                Plaintiffs,

    v.

AMAZON.COM, INC., a Delaware corporation,

                Defendant.

Case No. 2:22-cv-00594-RAJ

STIPULATED MOTION TO EXTEND
DEADLINE TO FILE ANSWER OR
OTHER RESPONSIVE PLEADING
TO CLASS ACTION COMPLAINT
AND [PROPOSED] ORDER

NOTE ON MOTION CALENDAR:
MAY 24, 2022

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 6(b), the parties hereby jointly request that the Court extend Defendant Amazon.com, Inc.'s ("Amazon") deadline to answer, move, or otherwise respond to the Complaint until June 27, 2022.

Plaintiff Yasmine Mahone served her Class Action Complaint on Amazon on May 5, 2022. Pursuant to FRCP 12(a)(1), Amazon must answer, move, or otherwise respond to the Complaint by May 26, 2022. On May 20, 2022, the parties met and conferred and agreed that the requested extension is necessary to allow Amazon to fully investigate this matter and the allegations in the Complaint, to allow Amazon's counsel adequate time to coordinate with their client on a response, and for counsel to meet and confer, if and as necessary. Accordingly, in the interest of judicial economy, the parties seek an extension for Amazon to answer, move, or otherwise respond to the Complaint until June 27, 2022.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

RESPECTFULLY SUBMITTED this 24th day of May 2022.

By: *s/ Heather L. Shook*
Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
HShook@perkinscoie.com
Attorneys for Defendant Amazon.com, Inc.


By: *s/ Daniel Kalish*
Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com
Attorneys for Plaintiff

STIPULATION TO EXTEND DEADLINE AND
[PROPOSED] ORDER – 2
(Case No. 22-CV-594)

157003656.1

1

**[PROPOSED] ORDER**

2

  Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Amazon shall

3

answer Plaintiff's Class Action Complaint on June 27, 2022.

4

5

  DATED this _____ day of _____ 2022.

6

7

           _____

           The Honorable Richard A. Jones

8

9

PRESENTED BY:

10

*s/ Heather L. Shook*
Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610

11

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900

12

Seattle, Washington 98101-3099
Telephone: +1.206.359.8000

13

Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com

14

HShook@perkinscoie.com
Attorneys for Defendant Amazon.com, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO EXTEND DEADLINE AND
[PROPOSED] ORDER – 3
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 24, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Daniel Kalish, Esq.
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com

Brian J. Lawler
**PILOT LAW, P.C.**
850 Beech Street, Suite 713
San Diego, CA 92101
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Gene J. Stonebarger
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Kevin L. Wilson
**KEVIN WILSON LAW PLLC**
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-354-3330
Email: kevin@kwilsonlaw.com


Dated: May 24, 2022


*s/ Heather Shook*
Heather Shook

CERTIFICATE OF SERVICE
(Case No. 22-CV-594)

157003656.1