THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-00594-MJP<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 15, 2022 |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), the parties hereby jointly request that the Court extend Defendant Amazon.com, Inc.'s ("Amazon") deadline to file its response to Plaintiffs' First Amended Complaint until 30 days after Plaintiffs amend their complaint. If Defendant elects to file a Rule 12(b) motion on that date, no answer shall be due until 21 days after a ruling on that motion at the earliest.

On September 23, 2022, Amazon filed its motion to dismiss Plaintiff's First Amended Complaint. Dkt. 28. On December 1, 2022, the Court granted in part and denied in part Amazon's motion to dismiss. Dkt. 34. The Court ordered that, if Plaintiffs wish to amend their complaint, they must do so by December 22, 2022. *Id.* at p. 17. Plaintiffs indicated their intent to amend the complaint during the Court's status conference on December 7, 2022. However, Amazon's current

STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO FIRST AMENDED COMPLAINT AND ORDER – 1
(Case No. 22-CV-594)
159451691.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

deadline to respond to the First Amended Complaint is December 15, 2022, which is seven days prior to Plaintiffs' deadline to amend their complaint. *See* Fed. R. Civ. P. 12(a)(4)(A). Accordingly, in the interest of judicial economy and to avoid the unnecessary filing of an answer to a soon-to-be amended complaint and/or to a complaint that may change further pending additional motion practice, the parties seek to extend Amazon's deadline to file a response until 30 days after Plaintiffs amend their complaint. If Defendant elects to file a Rule 12(b) motion on that date, no answer shall be due until 21 days after a ruling on that motion at the earliest.

RESPECTFULLY SUBMITTED this 15th day of December 2022.

DATED: December 15, 2022

By: *Andrew E. Moriarty*
Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
HShook@perkinscoie.com
SMcDermott@perkinscoie.com
Attorneys for Defendant Amazon.com, Inc.

By: *Daniel Kalish*
Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com
Attorneys for Plaintiff

STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO FIRST AMENDED COMPLAINT AND ORDER – 2
(Case No. 22-CV-594)
159451691.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## ORDER

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this 15th day of December, 2022.

*[signature]*

Honorable Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

*Andrew E. Moriarty*
Andrew E. Moriarty, Bar No. 28651
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
Attorneys for Defendant Amazon.com, Inc.

STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO FIRST AMENDED COMPLAINT AND ORDER – 3
(Case No. 22-CV-594)
159451691.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000