THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-00594-MJP<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 22, 2022 |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), the parties hereby jointly request that the Court extend Plaintiffs' deadline to file their Second Amended Complaint, such that the Second Amended Complaint will be filed no later than January 4, 2023.

On September 23, 2022, Amazon filed its motion to dismiss Plaintiff's First Amended Complaint. Dkt. 28. On December 1, 2022, the Court granted in part and denied in part Amazon's motion to dismiss. Dkt. 34. The Court ordered that, if Plaintiffs wish to amend their complaint, they must do so by December 22, 2022. *Id.* at p. 17. Plaintiffs intend to amend the complaint as allowed by the Court as to Plaintiffs Yasmine Mahone and Dain Olson, and intend on including additional named Plaintiffs and putative Class Representatives. However, Plaintiff's current deadline to file the Second Amended Complaint is December 22, 2022, and more time is required

STIPULATION TO EXTEND DEADLINE TO
FILE ANSWER TO FIRST AMENDED
COMPLAINT AND [PROPOSED] ORDER – 1
(Case No. 22-CV-594)

Firm Attorneys (GBO_Email End. Bold Office)

1  due to the prior commitments of the parties and counsel during this busy holiday season.
2  Accordingly, this stipulation is made in the interest of judicial economy and to avoid the
3  unnecessary filing of an amended complaint, and an answer thereto, both of which would
4  ultimately be mooted by a subsequent amended complaint.

5       This extension will not affect the schedule on discovery and briefing on to the issue of
6  laches relating to Plaintiff Olson as set forth in the Joint Status Report filed on December 21, 2022.
7  Dkt. 40.

8       RESPECTFULLY SUBMITTED this 22th day of December 2022.

10 DATED: December 22, 2022     By: *s/ Gene J. Stonebarger*

11      Gene J. Stonebarger (pro hac vice)
     **STONEBARGER LAW, APC**
12      101 Parkshore Dr., Suite 100
     Folsom, CA 95630
13      Tel: 916-235-7140
     Email: gstonebarger@stonebargerlaw.com

     Daniel Kalish, Esq., WSBA 35815
15      **HKM Employment Attorneys LLP**
     600 Stewart Street, Suite 901
16      Seattle, WA 98101
     Telephone: 206-826-5354
17      Email: dkalish@hkm.com

18      *Attorneys for Plaintiffs and the Proposed Putative Class*

20      By: *s/ Brian A. Richman*
     Jason C. Schwartz (*pro hac vice*)
     Brian A. Richman (*pro hac vice*)
21      **Gibson, Dunn & Crutcher LLP**
     1050 Connecticut Avenue, N.W.
22      Washington, D.C. 20036-5306
     Telephone: +1.202.955.8500
23      Facsimile: +1.202.467.0539
     JSchwartz@gibsondunn.com
24      BRichman@gibsondunn.com

25      *Attorneys for Defendant Amazon.com, Inc.*

STIPULATION TO EXTEND DEADLINE TO
FILE SECOND AMENDED COMPLAINT AND
[PROPOSED] ORDER – 2
(Case No. 22-CV-594)

# [PROPOSED] ORDER

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this __22__ day of __December__ 2022.

_____
The Honorable Marsha J. Pechman

PRESENTED BY:

By: *s/ Gene J. Stonebarger*

Gene J. Stonebarger (pro hac vice)
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com

*Attorneys for Plaintiffs and the Proposed Putative Class*

STIPULATION TO EXTEND DEADLINE TO
FILE SECOND AMENDED COMPLAINT AND
[PROPOSED] ORDER – 3
(Case No. 22-CV-594)