UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE and DAIN OLSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C22-594 MJP<br><br>SCHEDULING ORDER RE: LACHES |

This matter comes before the Court on the Parties' Joint Discovery Plan re: Laches. (Dkt. No. 40.) Having reviewed the Joint Discovery Plan, the Court sets the following interim deadlines:

　　1.　　January 4, 2023: Deadline by which the Parties must serve initial written discovery requests.

　　2.　　February 3, 2023: Deadline by which the Parties must respond to written discovery requests, including production of responsive documents.

SCHEDULING ORDER RE: LACHES - 1

3. February 17, 2023: Deadline by which the Parties must serve any necessary follow-up written discovery requests, including any third-party discovery requests.

4. March 15, 2023: Deadline by which the Parties must respond to outstanding written discovery requests, including production of responsive documents, and to complete depositions regarding the issue of laches. The Parties must complete all document productions 5 business days prior to any deposition.

5. March 24, 2023: Deadline by which the Parties must submit pre-hearing briefs and exchange witness and exhibit lists.

6. March 29, 2023: Deadline by which to submit deposition errata and to meet and confer in advance of the April 5, 2023 hearing.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 3, 2023.

Marsha J. Pechman
United States Senior District Judge