THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE, an individual, DAIN OLSON, an individual, and BRANDON TOLE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company; AMAZON.COM DEDC, LLC; a Delaware Limited Liability Company; and AMAZON.COM KYDC LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:22-cv-00594-MJP<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE ANSWER TO SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), the parties hereby jointly request that the Court extend Defendants' Amazon.com, Inc., Amazon.com Services LLC, Amazon.com.dedc, LLC and Amazon.com.kydc LLC (collectively "Amazon") deadline to answer the Second Amended Complaint ("SAC") (Dkt. 44) by an additional 14 days to May 8, 2023.

Plaintiffs filed the SAC on January 4, 2023. Amazon filed a motion to dismiss the SAC on February 3, 2023. On April 10, 2023, the Court denied Amazon's motion to dismiss, making Amazon's answer to the Second Amended Complaint due on April 24, 2023.

This is the first request for an extension following the Court's order denying Amazon's motion to dismiss the Second Amended Complaint on April 10, 2023.

RESPECTFULLY SUBMITTED this 21st day of April 2023.

By: *s/ Andrew E. Moriarty*
Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
HShook@perkinscoie.com
SMcDermott@perkinscoie.com

Jason C. Schwartz (*pro hac vice*)
Brian A. Richman (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
BRichman@gibsondunn.com

Lauren M. Blas (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: +1.213.229.7000
Facsimile: +1.213.229.7520
LBlas@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com.dedc, LLC and Amazon.com.kydc LLC.*

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

By: s/ *Kevin L. Wilson*
Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com
Attorneys for Plaintiff

Brian J. Lawler (*pro hac vice*)
**PILOT LAW, P.C.**
4632 Mt. Gaywas Dr.
San Diego, CA 92117
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Gene J. Stonebarger (*pro hac vice*)
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Kevin L. Wilson (*pro hac vice*)
**KEVIN WILSON LAW PLLC**
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-276-5050
Email: kevin@klwilsonlaw.com

*Counsel for Plaintiffs and the
Proposed Putative Class*

STIPULATED MOTION TO
EXTEND DEADLINE TO FILE                    3
ANSWER TO SECOND AMENDED
COMPLAINT AND ORDER

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation regarding an extension of Amazon's deadline to answer the Second Amended Complaint to May 8, 2023, **IT IS SO ORDERED.**

DATED this 21st day of April 2023.

_____
Tana Lin
United States District Judge