THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YASMINE MAHONE, an individual, and BRANDON TOLE, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company; AMAZON.COM DEDC, LLC; a Delaware Limited Liability Company; and AMAZON.COM KYDC LLC, a Delaware Limited Liability Company,

Defendants.

Case No. 2:22-cv-00594-MJP

**STIPULATED MOTION TO EXTEND CERTAIN CLASS CERTIFICATION-RELATED DEADLINES AND ~~[PROPOSED]~~ ORDER**

NOTE ON MOTION CALENDAR: JULY 20, 2023

**STIPULATION**

Pursuant to Local Rules 7(d)(1), 10(g), and 16(b)(6), Plaintiffs Yasmine Mahone and Brandon Tole and Defendant Amazon.com, Inc. (“Amazon”) (together, the “parties”) hereby jointly stipulate as follows:

1. On April 10, 2023, the Court issued a Case Scheduling Order, which set a deadline to complete class discovery on July 21, 2023 (Dkt. #58). The parties have tried to fit all of the discovery within that time frame but there are still outstanding depositions that the parties have noticed and need to complete.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. Amazon has noticed the depositions of Plaintiffs Yasmine Mahone and Brandon Tole. The parties have scheduled the depositions of Ms. Mahone and Mr. Tole for August 2 and August 3, 2023, respectively.

3. Plaintiffs noticed a Rule 30(b)(6) deposition of Amazon. The parties are meeting and conferring regarding the noticed topics. Plaintiffs noticed the Rule 30(b)(6) deposition for August 22, 2023.

4. The parties agree and stipulate to extend the time to complete class discovery until August 31, 2023, for the limited purpose of conducting the above-referenced depositions and completing document productions by both the parties. The parties also agree and stipulate that Plaintiffs' Motion for Class Certification be extended from August 31, 2023, to September 15, 2023.

5. Plaintiffs' Motion for Class Certification is currently due on August 31, 2023. Given the noticed 30(b)(6) deposition on for August 22, 2023, the parties have agreed, pending the Court's approval, to continue: (1) Plaintiffs' Class Certification motion filing deadline to September 15, 2023; (2) Defendants' Response to the Motion for Class Certification to November 15, 2023; and (3) Plaintiffs' Reply to December 15, 2023.

6. There have been no prior requests to extend the deadlines set in the Court's Case Scheduling Order and extending the deadlines as stipulated would not affect any other scheduled dates in the proceeding.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

RESPECTFULLY SUBMITTED this 20th of July 2023.

By: *s/ Shannon McDermott*
Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
HShook@perkinscoie.com
SMcDermott@perkinscoie.com

Jason C. Schwartz (*pro hac vice*)
Brian A. Richman (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
BRichman@gibsondunn.com

Lauren M. Blas (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: +1.213.229.7000
Facsimile: +1.213.229.7520
LBlas@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com.dedc, LLC and Amazon.com.kydc LLC.*

STIPULATION TO EXTEND CERTAIN CLASS CERTIFICATION-RELATED DEADLINES AND ~~[PROPOSED]~~ ORDER – 3
(Case No. 22-CV-594)
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

By: s/ *Brian J. Lawler*
Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com
Attorneys for Plaintiff

Brian J. Lawler (*pro hac vice*)
**PILOT LAW, P.C.**
4632 Mt. Gaywas Dr.
San Diego, CA 92117
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Gene J. Stonebarger (*pro hac vice*)
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Kevin L. Wilson (*pro hac vice*)
**KEVIN WILSON LAW PLLC**
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-276-5050
Email: kevin@klwilsonlaw.com

*Counsel for Plaintiffs and the Proposed Putative Class*

STIPULATION TO EXTEND CERTAIN CLASS CERTIFICATION-RELATED DEADLINES AND ~~[PROPOSED]~~ ORDER – 4
(Case No. 22-CV-594)
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**~~[PROPOSED]~~ ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this 20th day of July, 2023.

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

*s/ Shannon McDermott*
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
SMcDermott@perkinscoie.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com.dedc, LLC and Amazon.com.kydc LLC.*

STIPULATION TO EXTEND CERTAIN CLASS CERTIFICATION-RELATED DEADLINES AND ~~[PROPOSED]~~ ORDER – 5
(Case No. 22-CV-594)
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000