THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE, an individual, and BRANDON TOLE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company; AMAZON.COM DEDC, LLC; a Delaware Limited Liability Company; and AMAZON.COM KYDC LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:22-cv-00594-MJP<br><br>**STIPULATED MOTION TO EXTEND CERTAIN CLASS CERTIFICATION-RELATED DEADLINES AND SET LCR 37 BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: AUGUST 31, 2023 |

**STIPULATION**

Pursuant to Local Rules 7(d)(1), 10(g), and 16(b)(6), Plaintiffs Yasmine Mahone and Brandon Tole, and Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com DEDC, LLC, and Amazon.com KYDC LLC ("Amazon") (together, the "parties") hereby jointly stipulate as follows:

1. On April 10, 2023, the Court issued a Case Scheduling Order (Dkt. #58). On July 20, 2023, the Court granted the parties' stipulated motion to extend certain class certification-related deadlines (Dkt. #64). The parties have made good faith efforts to complete all class

STIPULATION TO EXTEND CLASS DEADLINES AND [PROPOSED] ORDER – 1
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

certification discovery within the scheduled time frame but there are still a few discrete outstanding discovery issues the parties are working to resolve and a few issues that the parties, having met and conferred on several occasions, anticipate needing to raise with the Court. The parties have agreed to utilize the expedited joint motion procedure under LCR 37 to resolve the discovery disputes.

2. Rule 16 provides that "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); Local Rule 16(b)(6). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Miller v. Sawant*, 2022 U.S. Dist. LEXIS 211739, *3 (W.D. Wash. Nov. 22, 2022) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). The district court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Kneadler v. Auburn Sch. Dist.*, 2021 U.S. Dist. LEXIS 115458, *1 (W.D. Wash., June 17, 2021) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). A "court must be careful not to deprive a party of discovery that is reasonably necessary to afford a fair opportunity to develop and prepare the case." *Harper v. United States Seafoods, LP*, 2003 U.S. Dist. LEXIS 27646, *11 (W.D. Wash., April 8, 2003) (citing Fed R. Civ. P. 26(b)(1) Notes of Advisory Committee, 1983 Amendment)).

3. The parties have acted diligently in their attempts to obtain the necessary class certification discovery for preparation of the Class Certification Briefing. The parties have been producing on a rolling basis documents containing thousands of pages, and Amazon has produced spreadsheets containing thousands of data points, including through August 31, 2023, the date of this filing.

4. On August 2 and 3, 2023, Amazon took the depositions of Plaintiffs. Also on August 3, Counsel for Plaintiffs and Counsel for Amazon met and conferred in person over the outstanding discovery issues relating to both parties' productions. At that meeting, additional productions were agreed upon. Plaintiffs then took three 30(b)(6) depositions on August 22, 2023.

STIPULATION TO EXTEND CLASS
DEADLINES AND [PROPOSED] ORDER – 2
(Case No. 22-CV-594)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

The parties continued to meet and confer throughout August, including through the date of this filing, on multiple discovery issues including document and data productions, and evidentiary authentication issues.

5.  The parties agree and stipulate to the following briefing schedule for the expedited joint motion procedure under LCR 37: (1) the parties' initial submissions under LCR 37 shall be served on September 14, 2023; (2) the parties' responses shall be served on September 21, 2023; and (3) the parties' replies shall be served on September 25, 2023. The parties will file the joint motion with the Court on September 25, 2023.

6.  The deadline to complete class discovery is currently August 31, 2023, and Plaintiffs' Motion for Class Certification is currently due on September 15, 2023. Given the outstanding discovery issues to still be resolved, either through further meeting and conferring or through the LCR 37 procedure set forth above, the parties have agreed, pending the Court's approval, to continue: (1) the deadline to complete class discovery to October 6, 2023; (2) the deadline for Plaintiffs' Class Certification Motion to October 13, 2023; (3) the deadline for Defendants' Response to the Motion for Class Certification to December 15, 2023; and (4) the deadline for Plaintiffs' Reply to January 15, 2024.

7.  Class discovery conducted between September 1 and October 6 shall be limited, for Plaintiffs, to the Interrogatories, Requests for Admission, Rule 30(b)(6) deposition notice, and deposition notice for Brian Poole served by Plaintiffs on August 30, 2023, and for Defendants, to Defendants' requests, made in August 25, 2023 email correspondence, for the production of additional documentation and information by Plaintiffs following their depositions (the "Pending Requests"). The parties reserve all rights and objections with respect to the Pending Requests and their agreement to the foregoing schedule is not an agreement that the Pending Requests are all permissible subjects of class discovery. Nothing in this stipulation alters the rights or duties of the parties to satisfy the obligations imposed by Fed. R. Civ. P. 26(e) with respect to class discovery.

STIPULATION TO EXTEND CLASS
DAEDLINES AND [PROPOSED] ORDER – 3
(Case No. 22-CV-594)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

8. There has been one prior request to extend the deadlines set in the Court's April 10, 2023 Case Scheduling Order. Extending the deadlines as stipulated would not affect any other scheduled dates in the proceeding.

RESPECTFULLY SUBMITTED this 31st of August 2023.

By: *s/ Shannon McDermott*
Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
HShook@perkinscoie.com
SMcDermott@perkinscoie.com

Jason C. Schwartz (*pro hac vice*)
Brian A. Richman (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
BRichman@gibsondunn.com

Lauren M. Blas (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: +1.213.229.7000
Facsimile: +1.213.229.7520
LBlas@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com.dedc, LLC and Amazon.com.kydc LLC.*

STIPULATION TO EXTEND CLASS
DEADLINES AND [PROPOSED] ORDER – 4
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

By: s/ *Gene J. Stonebarger*
Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com
Attorneys for Plaintiff

Brian J. Lawler (*pro hac vice*)
**PILOT LAW, P.C.**
4632 Mt. Gaywas Dr.
San Diego, CA 92117
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Gene J. Stonebarger (*pro hac vice*)
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Kevin L. Wilson (*pro hac vice*)
**KEVIN WILSON LAW PLLC**
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-276-5050
Email: kevin@klwilsonlaw.com

*Counsel for Plaintiffs and the Proposed Putative Class*

STIPULATION TO EXTEND CLASS
DEADLINES AND [PROPOSED] ORDER – 5
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this 5th day of September, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

*s/ Shannon McDermott*
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
SMcDermott@perkinscoie.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com.dedc, LLC and Amazon.com.kydc LLC.*

STIPULATION TO EXTEND CLASS DEADLINES AND [PROPOSED] ORDER – 6
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000