The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE, an individual, and BRANDON TOLE, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company; and AMAZON.COM.DEDC, LLC; a Delaware Limited Liability Company; and AMAZON.COM.KYDC, LLC, a Delaware Limited Liability Company<br><br>　　　　　Defendants. | **CASE NO. 2:22-CV-00594-MJP**<br><br>**PLAINTIFFS' MOTION TO SEAL** *UNREDACTED* **EXHIBITS 1-14 TO THE DECLARATION OF BRIAN J. LAWLER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR: FRIDAY, JANUARY 19, 2024 |

Motion to Seal Portions of Unredacted Declarations ISO Motion for Class Certification

Page 0

PILOT LAW, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
Tel: 619-255-2398

1    Pursuant to Local Civil Rule 5(g) and the Protective Order issued by this Court on February
2  14, 2023 (ECF No. 48), Plaintiffs YASMINE MAHONE and BRANDON TOLE ("Plaintiffs")
3  respectfully request the Court to Seal Exhibits 1-14 attached to the Declaration of Brian J. Lawler
4  filed concurrently herewith in Support of Plaintiffs' Motion for Class Certification, and previously
5  marked as "'Confidential" by Amazon.
6    Plaintiffs do not believe that any documents should need to be filed Under Seal, and believe
7  the Only material properly designated a "Confidential" is any personal and financial information
8  regarding any of Amazon's current or former employees. In Plaintiffs' view, Amazon has stated
9  no basis to support the "Confidential" designation regarding any of the documents produced or of
10 the deposition testimony so designated.
11    Over the past 30 days, Plaintiffs have met and conferred with all Amazon in an attempt to
12 reach agreement on the need to file the document under seal, to minimize the amount of material
13 filed under seal, and to explore redaction and other alternatives to filing under seal.
14    The Parties also met and conferred regarding a potential omnibus motion to seal on October
15 9-10, 2003, to which the parties could not agree. On October 10, 2023, after technical difficulties
16 with a planned conference call failed, Plaintiffs reiterated their request by email for Amazon to
17 "identify the basis for sealing the specific confidential information at issue" pursuant to the
18 Protective Order [Doc. 48] at Para. 4.3, which provides as follows:

> Filing Confidential Material. Before filing confidential material or discussing or referencing such material in court filings, the filing party shall confer with the designating party, in accordance with Local Civil Rule 5(g)(3)(A), to determine whether the designating party will remove the confidential designation, whether the document can be redacted, or whether a motion to seal or stipulation and proposed order is warranted. During the meet and confer process, the designating party must identify the basis for sealing the specific confidential information at issue, and the filing party shall include this basis in its motion to seal, along with any objection to sealing the information at issue. Local Civil Rule 5(g) sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal. A party who seeks to maintain the confidentiality of its information must satisfy the requirements of Local Civil Rule 5(g)(3)(B), even if it is not the party filing the motion to seal.

Motion to Seal Portions of Unredacted Declarations ISO Motion for Class Certification

Page 1

PILOT LAW, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
Tel: 619-255-2398

1    Further, in compliance with the Meet and Confer Requirements of LRC 5(g)(1) Plaintiffs requested Amazon to withdraw the confidential designation on its productions or agree to redact any truly "Confidential" portions of a document (subject to Plaintiffs' agreement) so that sealing is unnecessary.

Amazon responded on October 11, 2023 stating its position that the Protective Order defines "Confidential Material" much more broadly and allows for protection of the subject documents.

"'Confidential' material shall include the following documents and tangible things produced or otherwise exchanged: any personal, financial, or medical information, Testimony, and Documents of Defendants, Plaintiffs, and/or any current or former employees of Defendants, or other information that implicates the personal privacy of Plaintiffs, and/or any current or former employees of Defendants, proprietary business information, or competitively sensitive information, including Defendants' military leave policy, Defendants' human resources policies, metrics specific to Defendants' operations management, and other Testimony, Documents or information that contain non-public, private or sensitive information that requires the protections provided in this Stipulation." Dkt. 48 at § 2.2.

Amazon contends that many of the documents that it has produced (which include Exhibits 1-14 of the Lawler Declaration) and testimony provided by Amazon's witnesses involves proprietary business operations information that Amazon intentionally does not release to the public. Amazon believes these materials have been properly designated.

DATED October 13, 2023

*s/ Gene J. Stonebarger*
Gene J. Stonebarger (*admitted hac vice*)
STONEBARGER LAW, APC
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

WSBA 35815
Daniel Kalish, Esq.
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-838-2504
Email: dkalish@hkm.com

Brian J. Lawler (admitted *pro hac vice*)
PILOT LAW, P.C.
4632 Mt. Gaywas Dr.
San Diego, CA 92117
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Kevin L. Wilson (admitted *pro hac vice*)
KEVIN WILSON LAW PLLC
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-276-5050
Email: kevin@kwilsonlaw.com

*Counsel for Plaintiffs
and the Proposed Putative Classes*

Motion to Seal Portions of Unredacted Declarations ISO Motion for Class Certification

Page 3

PILOT LAW, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
Tel: 619-255-2398

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to all registered users of the CM/ECF system.

Dated: October 13, 2023

*s/ Gene J. Stonebarger*
Gene J. Stonebarger