THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE, an individual, and BRANDON TOLE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company; AMAZON.COM DEDC, LLC; a Delaware Limited Liability Company; and AMAZON.COM KYDC LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:22-cv-00594-MJP<br><br>**STIPULATED MOTION TO SUPPLEMENT CLASS CERTIFICATION MOTION AND EXTEND CLASS CERTIFICATION-RELATED DEADLINES AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 22, 2023 |

**STIPULATION**

Pursuant to Local Rules 7(d)(1), 10(g), and 16(b)(6), Plaintiffs Yasmine Mahone and Brandon Tole, and Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com DEDC, LLC, and Amazon.com KYDC LLC ("Amazon") (together, the "parties") respectfully request a modest modification to the class-certification briefing schedule in light of additional discovery undertaken pursuant to the Court's Order on the parties Rule 37 Submissions.

1.  On April 10, 2023, the Court issued a Case Scheduling Order (Dkt. #58). On July 20, 2023, the Court granted the parties' stipulated motion to extend certain class certification

STIPULATION TO SUPPLEMENT CLASS
CERTIFICATION MOTION AND EXTEND
CLASS DEADLINES – 1
(Case No. 22-CV-594)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  related deadlines (Dkt. #64). After the parties made good faith efforts to complete all class discovery within the scheduled time frame, the parties agreed to utilize the expedited joint motion procedure under LCR 37 to resolve a few discrete outstanding discovery disputes (Dkt. #65). On September 5, 2023, the Court granted the parties' stipulated motion to extend certain class certification-related deadlines and to set a briefing schedule for the expedited joint motion procedure under LCR 37 (Dkt. #66).

2. On October 13, 2023, while the LCR 37 submissions were pending before the Court, Plaintiffs filed their Motion for Class Certification (Dkt. #70). The deadline for Amazon's Response to the Motion for Class Certification is currently December 15, 2023, and the deadline for Plaintiffs' Reply is currently January 15, 2024 (Dkt. #66).

3. On October 19, 2023, the Court granted the parties' LCR 37 submissions in part and denied them in part (Dkt. #77). The Court ordered both parties to supplement certain discovery responses and for Amazon to produce additional 30(b)(6) witnesses on certain topics.

4. Plaintiffs took the additional depositions and the parties supplemented their discovery responses as ordered by the Court by November 2. The parties met and conferred regarding Amazon's supplemental responses on several occasions. Plaintiffs demanded that Amazon re-produce the responsive data in columns within the subject spreadsheet [3324] at issue in the discovery requests, and produce certain additional data that Plaintiffs contend is responsive to the requests at issue as ordered by the Court. Amazon is conducting additional diligence to confirm the accessibility of the additional data requested by Plaintiffs. Amazon will complete the agreed upon production no later than December 16, 2023.

5. Rule 16 provides that "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); Local Rule 16(b)(6). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Miller v. Sawant*, No. C18-506 MJP, 2022 WL 17168530, at *1 (W.D. Wash. Nov. 22, 2022) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). The district court may modify

STIPULATION TO SUPPLEMENT CLASS
CERTIFICATION MOTION AND EXTEND
CLASS DEADLINES – 2
(Case No. 22-CV-594)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Kneadler v. Auburn Sch. Dist.*, 2021 U.S. Dist. LEXIS 115458, *1 (W.D. Wash., June 17, 2021) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)).

6. Good cause exists to modify the class-certification briefing schedule set by the Court. Given the additional discovery that has been undertaken pursuant to the Court's prior ruling on the parties' Rule 37 Submissions, and Amazon's current efforts to re-produce certain data and further respond to Plaintiffs' requests, the parties have agreed, pending the Court's approval, that Plaintiffs may supplement their Motion for Class Certification. The parties propose that Plaintiffs file their Supplemental Brief in Support of their Motion for Class Certification by January 5, 2024; that Defendant file its Response to the Motion for Class Certification by February 5, 2024; and that Plaintiffs file their Reply by March 4, 2024.

7. There have been three prior requests to extend the deadlines set in the Court's April 10, 2023 Case Scheduling Order. Extending the deadlines as stipulated would not presently affect any other scheduled dates in the proceeding.

STIPULATION TO SUPPLEMENT CLASS
CERTIFICATION MOTION AND EXTEND
CLASS DEADLINES – 3
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 22nd of November 2023. |
| 2 | |
| 3 | By: *s/ Shannon McDermott* |
| | Andrew E. Moriarty, Bar No. 28651 |
| 4 | Heather L. Shook, Bar No. 56610 |
| | Shannon McDermott, Bar No. 59455 |
| 5 | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| 6 | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| 7 | Facsimile: +1.206.359.9000 |
| | AMoriarty@perkinscoie.com |
| 8 | HShook@perkinscoie.com |
| | SMcDermott@perkinscoie.com |
| 9 | |
| | Jason C. Schwartz (*pro hac vice*) |
| 10 | Brian A. Richman (*pro hac vice*) |
| | **Gibson, Dunn & Crutcher LLP** |
| 11 | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| 12 | Telephone: +1.202.955.8500 |
| | Facsimile: +1.202.467.0539 |
| 13 | JSchwartz@gibsondunn.com |
| | BRichman@gibsondunn.com |
| 14 | |
| | Lauren M. Blas (*pro hac vice*) |
| 15 | **Gibson, Dunn & Crutcher LLP** |
| | 333 South Grand Avenue |
| 16 | Los Angeles, California 90071-3197 |
| | Telephone: +1.213.229.7000 |
| 17 | Facsimile: +1.213.229.7520 |
| | LBlas@gibsondunn.com |
| 18 | |
| | *Attorneys for Defendants Amazon.com, Inc.,* |
| 19 | *Amazon.com Services LLC,* |
| | *Amazon.com.dedc, LLC and* |
| 20 | *Amazon.com.kydc LLC.* |

STIPULATION TO SUPPLEMENT CLASS
CERTIFICATION MOTION AND EXTEND
CLASS DEADLINES – 4
(Case No. 22-CV-594)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

By:  s/ *Gene J. Stonebarger*
Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com
Attorneys for Plaintiff

Brian J. Lawler (*pro hac vice*)
**PILOT LAW, P.C.**
4632 Mt. Gaywas Dr.
San Diego, CA 92117
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Gene J. Stonebarger (*pro hac vice*)
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Kevin L. Wilson (*pro hac vice*)
**KEVIN WILSON LAW PLLC**
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-276-5050
Email: kevin@klwilsonlaw.com

*Counsel for Plaintiffs and the Proposed Putative Class*

STIPULATION TO SUPPLEMENT CLASS
CERTIFICATION MOTION AND EXTEND
CLASS DEADLINES – 5
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this  28th  day of   November   2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:

*s/ Shannon McDermott*
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
SMcDermott@perkinscoie.com

*Attorneys for Defendants Amazon.com, Inc.,
Amazon.com Services LLC,
Amazon.com.dedc, LLC and
Amazon.com.kydc LLC.*

STIPULATION TO SUPPLEMENT CLASS
CERTIFICATION MOTION AND EXTEND
CLASS DEADLINES – 6
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000