UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE and BRANDON TOLE,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | CASE NO. C22-594 MJP<br><br>ORDER ON STIPULATED MOTION TO VACATE DEADLINES AND ORDER SETTING NEW CASE SCHEDULE |

This matter comes before the Court on the Parties' Stipulated Motion to Vacate Deadlines Pending Class Certification Ruling. (Dkt. No. 84). Having reviewed the Motion and all supporting materials, the Court GRANTS, in part, the Motion and ORDERS as follows:

(1) The Court finds good cause to alter the existing trial date and case schedule in light of the impact that the discovery disputes had on completing class-related discovery and the briefing on class certification.

(2) While the Court finds good cause to extend the case deadlines and trial date, it does not believe that vacating the trial and remaining case deadlines presents the most efficient way to deal with the discovery-related delays and their impact on the pending class certification motion. Instead, the Court finds that an extension of the trial date and remaining case deadlines by an additional three months will provide the Court with sufficient time to decide the motion for class certification without causing the Parties to needlessly expend resources or be unable to complete the remaining pre-trial tasks within the new deadlines. The Court therefore ORDERS the following new case schedule:

| Deadline | Date |
| --- | --- |
| Defendants' Response to the Motion for Class Certification, including any expert reports in opposition to class certification. | February 5, 2024 (unchanged) |
| Plaintiffs' Reply to the Motion for Class Certification, including any rebuttal expert reports | March 4, 2024 (unchanged) |
| Reports from expert witness (other than class certification-specific experts) under FRCP 26(a)(2) due | May 6, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see Local Rule 7(d)) | June 5, 2024 |
| Fact discovery completed | July 5, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see Local Rule 7(d)) | August 5, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | October 28, 2024 |
| Agreed pretrial order due | November 19, 2024 |

| | |
|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | November 19, 2024 |
| Pretrial conference | November 21, 2024 at 1:30 PM |
| Length of Jury Trial | 7-10 days |
| Trial | December 2, 2024 at 9:00 AM |

All other requirements as set forth in the Case Scheduling Order shall remain in force. (Dkt. No. 58.)

The clerk is ordered to provide copies of this order to all counsel.

Dated February 1, 2024.

Marsha J. Pechman
United States Senior District Judge