UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMINE MAHONE and BRANDON TOLE,<br><br>            Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>            Defendants. | CASE NO. C22-594 MJP<br><br>ORDER DENYING MOTION TO EXTEND TRIAL DATE AND PRETRIAL DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Extend the Pretrial Deadlines and Trial Date. (Dkt. No. 128.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion without prejudice.

The Parties ask the Court to extend the trial date and pretrial deadlines because: (1) the December 2, 2024 trial date falls during Amazon's "peak season," impacting witness availability; and (2) the Parties are "engaged in good faith efforts" to settle Tole's claims. Neither of these form the basis of good cause to justify any extension of the case schedule. See Fed. R. Civ. P. 16(b). First, the Parties do not explain why Amazon's "peak season" is a surprise

or whether any witness will be unable to appear at trial because of "peak season." Nor have the Parties explained why they did not raise this concern promptly after the Court issued its February 1, 2024 Order setting trial for December 2, 2024. (See Dkt. No. 86.) The Parties instead suggest that they "raise this issue now because until the Court's summary judgment order issued on September 25, 2024, it was uncertain whether a trial would be necessary at all." (Mot. at 3.) But parties must remain prepared to go to trial as scheduled unless and until the Court orders otherwise. Second, the Court will not extend the trial date or any pretrial deadlines to facilitate the Parties' ongoing attempts to settle Tole's claims, particularly absent any plausible reason why more time is needed. The Parties are free to continue to negotiate a settlement, but the Court will not extend the pretrial deadlines or trial date on that basis alone. On the record presented, the Court DENIES the Motion without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 16, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO EXTEND TRIAL DATE AND PRETRIAL DEADLINES - 2