UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON TOLE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C22-594 MJP<br><br>ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRE-TRIAL AND TRIAL SCHEDULE |

　　This matter comes before the Court on Plaintiff's Unopposed Motion To Extend Pre-Trial and Trial Schedule. (Dkt. No. 130.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion.

　　Trial is currently set for December 2, 2024, and Plaintiff now asks the Court to extend the trial date and pretrial deadlines by roughly two months. (Mot. at 2.) Plaintiff asks for this request to make sure that one of his two "co-lead trial counsel" can participate in trial and also present oral argument before the Supreme Court of the United States on December 9, 2024. (Id.) Plaintiff notes that trial is estimated to last 7-10 days, and his counsel would therefore have to be absent

from trial to present oral argument before the Supreme Court. Plaintiff believes there is good cause to extend the schedule so that his counsel of choice can be present throughout all of trial. Counsel's potential conflict does not necessitate any change to the trial date and pretrial schedule. When the Court set this matter for trial most recently, it did so based on the Parties' representations concerning the complexity of the matter and the fact that there were two plaintiffs pursuing factually and legally divergent claims. (See Dkt. Nos. 84 & 86.) Now that only one plaintiff remains and the Court is familiar with his claims, the Court believes this matter can be tried in 5 trial days. The Court can also accommodate counsel's schedule by selecting a jury remotely before trial commences on December 2, 2024, thereby permitting trial to conclude by no later than December 6, 2024. Based on these observations, the Court finds no good cause exists to delay trial, and the Court therefore DENIES the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 21, 2024.

Marsha J. Pechman
United States Senior District Judge