UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON TOLE,<br><br>      Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC., et al.,<br><br>      Defendants. | CASE NO. C22-594 MJP<br><br>ORDER VACATING TRIAL DATE AND PRETRIAL DEADLINES |

Having reviewed the Notice of Settlement (Dkt. No. 143), the Court hereby VACATES the trial date and pretrial deadlines. The Parties indicate that within 30 days they "anticipate" filing a "Joint Motion for Entry of Consent Decree . . . to allow for briefing on Plaintiff's forthcoming Motion for Attorneys' Fees and Costs." (Dkt. No. 143 at 1.) The Court ORDERS the Parties to file this joint motion for entry of consent decree within 30 days of this Order. The Court further ORDERS Plaintiff to file his motion for attorneys' fees and costs within 30 days of this Order.

\\

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated November 20, 2024.

*[Signature]*

Marsha J. Pechman
United States Senior District Judge