THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON TOLE,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company,

    Defendant.

Case No. 2:22-cv-00594-MJP

**JOINT STIPULATED MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Plaintiff Brandon Tole joined the above-captioned action in the United States District Court for the Western District of Washington, Seattle Division on January 4, 2023, and alleged that Defendant Amazon.com Services LLC ("Amazon") violated the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA") by failing to promote him because of his military service. Amazon denies that it violated any provision of USERRA or any other law with respect to Mr. Tole's employment.

Nevertheless, after engaging in settlement discussions, and to avoid the burdens of contested litigation, Mr. Tole and Amazon (the "parties") entered into a Confidential Settlement Agreement and Release and filed a Notice of Settlement relating thereto on November 19, 2024. (Dkt. 143). On November 20, 2024, the Court entered an Order Vacating Trial Date and Pretrial Deadlines and ordered (1) the parties to file a joint motion for entry of a consent decree, and (2)

JOINT MOTION FOR
APPROVAL AND ENTRY OF CONSENT
DECREE – 1
(Case No. 22-CV-594)

**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, CA 92117
Phone: 619.255.2398

1  Plaintiff to file his motion for attorneys' fees and costs by December 20, 2024. (Dkt. 144). The
2  parties have agreed to the attached proposed Consent Decree (the "Decree").

3       The parties now jointly move the Court for the approval and entry of the attached Decree
4  to resolve the above-captioned case. The Decree, if entered by the Court, resolves all claims of
5  Mr. Tole raised in the Complaint filed by Mr. Tole, subject to the Court's reservation of jurisdiction
6  to resolve any motion for attorneys' fees and costs filed by Mr. Tole. The Decree, being entered
7  into with the consent of the parties, shall not constitute an adjudication or finding on the merits of
8  the case, nor be construed as an admission by Amazon or a finding of violation of any applicable
9  federal law or regulation. A Proposed Order entering the Decree is attached.

RESPECTFULLY SUBMITTED this 20th day of December 2024.

By: *s/ Brian J. Lawler*
Brian J. Lawler (*pro hac vice*)
**PILOT LAW, P.C.**
4632 Mt. Gaywas Dr.
San Diego, CA 92117
Tel: 619-255-2398
Email: blawler@pilotlawcorp.com

Daniel Kalish, Esq., WSBA 35815
**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: 206-826-5354
Email: dkalish@hkm.com

Gene J. Stonebarger (*pro hac vice*)
**STONEBARGER LAW, APC**
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Tel: 916-235-7140
Email: gstonebarger@stonebargerlaw.com

Kevin L. Wilson (*pro hac vice*)
**KEVIN WILSON LAW PLLC**
3110 Horton Avenue
Louisville, KY 40220
Telephone: 502-276-5050
Email: kevin@klwilsonlaw.com

JOINT STIPULATED MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE – 2
(Case No. 22-CV-594)

**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, CA 92117
Phone: 619.255.2398

1  *Counsel for Plaintiff Brandon Tole*

2  By: *s/ Andrew E. Moriarty*

3  Andrew E. Moriarty, Bar No. 28651
   Heather L. Shook, Bar No. 56610
4  Shannon McDermott, Bar No. 59455
   **Perkins Coie LLP**
5  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
6  Telephone: +1.206.359.8000
   Facsimile: +1.206.359.9000
7  AMoriarty@perkinscoie.com
   HShook@perkinscoie.com
8  SMcDermott@perkinscoie.com

9  Jason C. Schwartz (*pro hac vice*)
   **Gibson, Dunn & Crutcher LLP**
10 1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036-5306
11 Telephone: +1.202.955.8500
   Facsimile: +1.202.467.0539
12 JSchwartz@gibsondunn.com

13 Lauren M. Blas (*pro hac vice*)
   **Gibson, Dunn & Crutcher LLP**
14 333 South Grand Avenue
   Los Angeles, California 90071-3197
15 Telephone: +1.213.229.7000
   Facsimile: +1.213.229.7520
16 LBlas@gibsondunn.com

17 Brian A. Richman (*pro hac vice*)
   **Gibson, Dunn & Crutcher LLP**
18 2001 Ross Avenue, Suite 2100
   Dallas, TX 75201-2923
19 Telephone: +1.214.698.3466
   Facsimile: +1.214.571.2988
20 BRichman@gibsondunn.com

21 *Attorneys for Defendant Amazon.com Services LLC*

22

23

24

25

26

JOINT STIPULATED MOTION FOR
APPROVAL AND ENTRY OF CONSENT
DECREE – 3
(Case No. 22-CV-594)

**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, CA 92117
Phone: 619.255.2398

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON TOLE,

        Plaintiff,

v.

AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company,

        Defendant.

Case No. 2:22-cv-00594-MJP

**(PROPOSED) ORDER APPROVING AND ENTERING CONSENT DECREE**

Upon reviewing Plaintiff, Brian Tole, and Defendant, Amazon.com Services LLC's Stipulated Motion for Approval and Entry of Consent Decree, the Court finds that the Motion should be granted. It is hereby **ORDERED** that:

1. The Consent Decree is approved and entered without modification.
2. The Court retains jurisdiction to enforce the terms of the Consent Decree and adjudication of any motion for Attorneys' Fees.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2024.

_____
The Honorable Marsha J. Pechman

JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE – 4
(CASE NO. 22-CV-594)

**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, CA 92117
Phone: 619.255.2398

1  PRESENTED BY:

2  *s/ Brian J. Lawler*
   Brian J. Lawler (*pro hac vice*)
3  **PILOT LAW, P.C.**
   4632 Mt. Gaywas Dr.
4  San Diego, CA 92117
   Tel: 619-255-2398
5  Email: blawler@pilotlawcorp.com

6  *Counsel for Plaintiff Brandon Tole*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION FOR
APPROVAL AND ENTRY OF CONSENT
DECREE – 5
(Case No. 22-CV-594)

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 20, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: December 20, 2024

                                        */s/ Brian J. Lawler*
                                        Brian J. Lawler

JOUNT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE – 6
(Case No. 22-CV-594)

**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, CA 92117
Phone: 619.255.2398