UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON TOLE, | CASE NO. C22-594 MJP |
| Plaintiff, | ORDER DENYING MOTION TO EXTEND DEADLINES |
| v. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

This matter comes before the Court on Defendants' Motion to Extend Deadlines for Briefing Schedule on Motion for Attorneys' Fees and Costs. (Dkt. No. 145.) Having reviewed the Motion, the Response (Dkt. No. 146), the Reply (Dkt. No. 148), and all supporting materials, the Court DENIES the Motion. Defendants claim that they need additional time to file their opposition to Plaintiff's Motion for Fees and Costs because of the upcoming holidays and certain unidentified "pre-planned absences, travel, and out-of-state travel." (Mot. at 2-3.) The Court does not find that these are adequate grounds to extend the opposition deadline. Defendants do not claim that all counsel or client representatives are unavailable or that they will be unable to file a

response by January 6, 2025. And Defendants have long been aware of the briefing deadline and could have arranged travel and absences accordingly. On the record before it, the Court DENIES the Motion given the absence of good cause.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 20, 2024.

Marsha J. Pechman
United States Senior District Judge