THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON TOLE, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC; a Delaware Limited Liability Company,<br><br>                Defendant. | Case No. 2:22-cv-00594-MJP<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL AND FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER ON JOINT MOTION TO APPROVE CONSENT DECREE** |

After significant negotiations, the parties in this case executed a carefully drafted settlement agreement, under which (among other things) they mutually agreed to keep the terms of their settlement confidential, unless a court specifically ordered disclosure of the settlement terms. No such order has been issued. Instead, in an apparent attempt to circumvent the mutually agreed-upon confidentiality provision, which Amazon reserves all rights to enforce, Plaintiff Brandon Tole has unilaterally asked this Court for "leave" to file the settlement agreement under seal. That motion should be denied as moot in light of the Court's recent order on Mr. Tole's motion for attorneys' fees and costs, which was the last point of dispute between the parties in this litigation, and which gave independent reasons for its ruling without needing to reference the

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE – 1
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

settlement agreement. Dkt. 167; *see Rudolph v. California Two Bunch Return, LLC*, 2017 WL 7101147, at *2 (C.D. Cal. May 19, 2017) (dismissing claim as moot where "[p]laintiff has already received all of the relief he seeks from the Court"). In addition, there is no basis for Mr. Tole's request, and his attempt to unwind the terms he himself negotiated for and agreed to should be denied for that separate reason.

Mr. Tole and Defendant Amazon.com Services LLC entered into a settlement agreement on November 19, 2024. The following day, on November 20, 2024, the Court entered an Order Vacating the Trial Date and Pretrial Deadlines and ordered the parties to file a joint motion for entry of a consent decree. Dkt. 144. The parties submitted a Joint Stipulated Motion for Approval and Entry of Consent Decree and Proposed Decree on December 20, 2024. Dkt. 147. On January 24, 2025, the Court granted the parties' motion and entered the consent decree with a minor modification to one of the decree's proposed "findings." Dkts. 163, 164. Specifically, the Court omitted the following sentence: "This Decree conforms with the Federal Rules of Civil Procedure and USERRA and is not in derogation of the right and privileges of any person." Dkt. 164 at 2.

Mr. Tole now unilaterally asks this Court for leave to file the settlement agreement, in clear violation of the settlement's terms, which require the parties to keep the terms confidential. Mr. Tole, for his part, fails to explain why any of this is warranted. The Court has already entered the consent decree, *see* Dkts. 163, 164, and Mr. Tole does not argue—or even suggest—that any right, obligation, or duty under that decree turns in any way on the sentence the Court omitted from the final decree. Mr. Tole asserts that the Court's January 24 order "*require*[*s*]" the parties to submit the settlement agreement. Dkt. 167 at 2-3. But the order simply states that the Court "remains open" to "further consideration of [the omitted] proposed findings," if the parties "provide sufficient information and explanation as to why such findings are proper." Dkt. 163 at 2. That the Court remained "open" to considering the issue further is not a mandate to disclose the settlement terms. Rather, it reflects only the Court's contemplation of an optional submission. Should the Court in fact order the disclosure of the settlement agreement or any of its terms,

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE – 2
(Case No. 22-CV-594)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Amazon will of course comply.  But, whereas here, a confidentiality provision, "facilitates, and indeed makes possible, the final compromise of many disputes,"[1] Mr. Tole should not be permitted to bypass it by proactively soliciting a court order.

Amazon respectfully asks the Court to deny Mr. Tole's motion.

RESPECTFULLY SUBMITTED this 14th day of February 2025.

By: *s/ Andrew E. Moriarty*

Andrew E. Moriarty, Bar No. 28651
Heather L. Shook, Bar No. 56610
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
HShook@perkinscoie.com
SMcDermott@perkinscoie.com

Jason C. Schwartz (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com

Lauren M. Blas (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: +1.213.229.7000
Facsimile: +1.213.229.7520
LBlas@gibsondunn.com

Brian A. Richman (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: +1.214.698.3466

---

[1] Laurie Kratky Dore, *Secrecy by Consent: The Use and Limits of Confidentiality in the Pursuit of Settlement*, 74 Notre Dame L. Rev. 283, 384 (1999).

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE – 3
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Facsimile: +1.214.571.2988
BRichman@gibsondunn.com

*Attorneys for Defendant Amazon.com Services LLC*

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE – 4
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 14, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 14, 2025

*s/ Erin Koehler*
Erin Koehler, Legal Practice Assistant

CERTIFICATE OF SERVICE – 1
(Case No. 22-CV-594)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000